**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

**United States of America**

**-vs-**                                                  **Case No. 2:21-mj-164**

**Jared Hunter Admas**

---

**COURTROOM   MINUTES**

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | March 9, 2021 at 1:30 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Jessica Knight |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | Laura Byrum |
| INTERPRETER: | | PRETRIAL/PROBATION: | Shelly Singleterry |

minutes re out of district arrest warrant

-Dft completed a CJA Financial Affidavit, FPD appointed for this hearing
-Dft advised of rights, penalties and charges
-Dft waived right to Identity Hearing, and requested the Preliminary Pearing be held in the charging district
-Initial Appearance scheduled in D.C. for March 15, 2021 at 1:00 PM via GoTo Meeting
-Dft released on O/R bond